**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| RONALD L. LONG, )<br>　　Plaintiff, )<br>v. )<br>MEDTRONIC PARKWAY, )<br>　　Defendant. ) | No. 2:15-cv-02144-JPM-dkv |

**ORDER OF REFERRAL**

　　Before the Court is the above-captioned action, Civil Case No. 2:15-cv-02144-JPM-dkv. Pursuant to the Federal Magistrates Act, 28 U.S.C. § 631-39, the Court hereby REFERS to the assigned Magistrate Judge: the management of the above-captioned case; all pretrial matters within the Magistrate Judge's jurisdiction pursuant to 28 U.S.C. § 636(b)(1)(A) for determination; and all other pretrial matters for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). This case shall be "administered to secure [its] just, speedy, and inexpensive determination." Fed. R. Civ. P. 1.

　　**IT IS SO ORDERED,** this 12th day of March, 2015.

　　　　　　　　　　　　　　　　　　/s/ Jon P. McCalla
　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE